Nos. 173 and 174. TRUSTEES OF PILLSBURY ACADEMY *v.* MINNESOTA. November 6, 1939. Petitions for re-

hearing denied. MR. JUSTICE BLACK took no part in the consideration and decision of these applications.